In the Matter of WALTER D. TEAGUE, Respondent, against MARK GRAVES et al., Constituting the State Tax Commission, Appellants.

Argued October 13, 1941; decided November 19, 1941.

*John J. Bennett, Jr., Attorney-General (John H. Spain* and *Wendell P. Brown* of counsel), for appellants.

*George H. Schwartz, William C. Mayer* and *Saul J. Lance* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, CONWAY and DESMOND, JJ. Dissenting: LEWIS, J.